In the Matter of CHINA C. WESTCHESTER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ALEXIS C., Appellant. (Proceeding No. 1.)

In the Matter of JULIAN V. WESTCHESTER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ALEXIS C., Appellant. (Proceeding No. 2.)

In the Matter of JULIUS V. WESTCHESTER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ALEXIS C., Appellant. (Proceeding No. 3.)

Submitted June 16, 2014; decided August 28, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine

the proceedings within the meaning of the Constitution. Motion for poor person relief dismissed as academic.